PEOPLE v. JOHN L. PAYNE.

Appeal from Macomb, Cynar (Walter P.), J. Submitted Division 2 October 9, 1968, at Lansing. (Docket No. 4,374.)   Decided October 21, 1968.

John L. Payne was convicted of larceny in a store. Defendant appeals.   Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *George N. Parris,* Prosecuting Attorney, *Thaddeus Hamera,* Chief Appellate Lawyer, and *Don L. Milborn,* Assistant Prosecuting Attorney, for the people.

*James M. Affhalter,* for defendant on appeal.

PER CURIAM.   Defendant's nonjury trial on a charge of larceny in a store, CL 1948, § 750.360 (Stat Ann 1954 Rev § 28.592), resulted in conviction and sentence.   His appeal raises no issue of substance.

The record contains ample evidence to support the conviction.

Affirmed.

QUINN, P. J., and HOLBROOK and VANDER WAL, JJ., concurred.